Filed:  October 16, 2002

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 02-6911
(CA-02-69)

---

Skip Adams Taylor, etc.,

Plaintiff - Appellant,

versus

George Hinkle, etc., et al.,

Defendants - Appellees.

---

O R D E R

---

The court amends its opinion filed September 6, 2002, as follows:

On the cover sheet, section 2, and on page 3, line 7 -- the district court number is corrected to read "CA-02-69."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6911**

SKIP ADAMS TAYLOR, a/k/a George William Adams,

Plaintiff - Appellant,

versus

GEORGE HINKLE, Warden, Augusta Correctional Center; STEVE HOLLAR, Warden, Augusta Correctional Center; T. T. REDMAN, Security, Augusta Correctional Center; TRACY LAWHORN, Counselor Senior, Augusta Correctional Center; CORRECTIONAL OFFICER PETERS, Hearings Officer, Augusta Correctional Center; P. MASSIE, Captain, Shift Commander, Augusta Correctional Center; CAPTAIN SANTIAGO, Shift Commander, Augusta Correctional Center; LIEUTENANT BEYERS, Assistant Shift Commander, Augusta Correctional Center; SERGEANT SAMPSON, Building Supervisor, Augusta Correctional Center; SERGEANT CRAWFORD, Supervisor, Isolation Unit, Augusta Correctional Center; SERGEANT WIMBLEY, Building Supervisor, Augusta Correctional Center; CORRECTIONAL OFFICER MORANI, Augusta Correctional Center; CORRECTIONAL OFFICER WALVS, Augusta Correctional Center; CORRECTIONAL OFFICER TUCKER; E. CARTER, Correctional Officer, Augusta Correctional Center; CORRECTIONAL OFFICER PITTMAN, Augusta Correctional Center; CORRECTIONAL OFFICER HUNT, Augusta Correctional Center; J. MAUSY, Correctional Center, Augusta Correctional Center,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-02-69)

Submitted: August 29, 2002                 Decided: September 6, 2002

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Skip Adams Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Skip Adams Taylor, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000).  We have reviewed the record and the district court's opinion and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  See Taylor v. Hinkle, No. CA-02-69 (W.D. Va. May 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED